ROSELLO ET AL. *v.* THE DISTRICT COURT.

APPLICATION for a Writ of *Certiorari*.

No. 12.—Decided October 9, 1905.

CERTIORARI—ORDINARY REMEDY.—The writ of *certiorari* will issue only in the absence of an ordinary remedy whereby the decision deemed to be prejudicial may be amended.

STATEMENT OF THE CASE.

Agustin Rosello, in his own name and on behalf of his wife, America Bras, made an application to the Supreme

Court for the issuance of the writ of *certiorari* to the district court to require it to forward the record of the case prosecuted in that court by Salvador Castello against the applicants, in order that the Supreme Court, after reviewing the proceedings had, might render a decision modifying the judgment rendered by the district court in the said case to conform to the facts alleged by the applicants in the answer they made as defendants therein.

*Mr. Ramirez Vigo* for petitioners.

### OPINION OF THE COURT.

The writ of *certiorari* will issue only in the absence of an ordinary remedy to secure the reparation of the damage caused by the judgment; and in this case, as the applicant does not lack other adequate legal remedies to obtain reparation for the damage which may have been caused him by the judgment is not admitting, owing to a defect in form, the intervention he alleges he sought in due time in the action, the writ of *certiorari* applied for by the petitioner, Agustin Rosello, is denied, with costs.

*Denied.*

Chief Justice Quiñones and Justices Hernandez, Figueras, MacLeary and Wolf concurred.